S. LAMBLIN v. CHARLES S. COX.

AT the November term, 1886, of the district court of Allen county, in an action in the nature of ejectment, plaintiff *Cox* recovered a judgment against defendant *Lamblin,* who brings the case here.

*Knight & Foust,* for plaintiff in error.
*Hutchings & Keplinger,* for defendant in error.

*Per Curiam:* This case must be affirmed, upon the authority of *Larson v. Cox,* 39 Kas. 631, as the same questions are presented in this case as in that.